

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-19-00229-CV

**TEXAS P.M.R., INC.** and John Ripley,
Appellants

v.

Robert **RIPLEY** and Mary Guzman,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
The Honorable Aaron Haas, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order denying an application for a temporary injunction. Appellants timely filed their notice of appeal on April 15, 2019. Accordingly, the reporter's record was due ten days later on April 25, 2019. *See* TEX. R. APP. P. 26.1(b), 35.1(b). On the date the record was due, the court reporter, Mary Beth Sasala, filed a notification of late record stating the record was not filed because appellants have not paid or made arrangements to pay the reporter's fee and appellants are not entitled to the record without paying the fee. *See id.* R. 34.6(b), 35.3(b).

We **ORDER** appellants to provide written proof to this court on or before **May 10, 2019** that either: (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellants are entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellants fail to respond within the time provided, appellants' brief will be due **May 20, 2019**, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Beth Watkins, Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court